UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LALIT BHAMBHANI, TRUSHANT PRAJAPATI, GIRISH BHATKAL, GAURI GAVANKAR, SUHAS KUMBHAR, <br><br>　　　　Plaintiffs <br>v. <br><br>THERMO FISHER SCIENTIFIC, INC., OPENGATE CAPITAL, LLC, HAMILTON SCIENTIFIC LLC, <br><br>　　　　Defendants | Case No. 1:14-cv-13659 <br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Lalit Bhambhani, Trushant Prajapati, Girish Bhatkal, Gauri Gavankar, and Suhas Kumbhar, by and through their attorney, respectfully file this Notice of Dismissal. Plaintiffs hereby dismiss this action without prejudice.

Defendants Thermo Fisher Scientific, Inc., OpenGate Capital, LLC, and Hamilton Scientific LLC have not filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

Dated:  January 14, 2015     Respectfully Submitted,

LALIT BHAMBHANI, TRUSHANT PRAJAPATI,
GIRISH BHATKAL, GAURI GAVANKAR,
SUHAS KUMBHAR,

By their attorney,


/s/ Jonathan W. Lent
Jonathan W. Lent (BBO# 655235)
Law Office of Jonathan W. Lent
8 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
(617) 973-5072
jlent@lent-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 14, 2015, and that paper copies will be mailed to those indicated as non-registered participants on January 14, 2015.

                                                  /s/ Jonathan W. Lent_____
                                                  Jonathan W. Lent